```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

JEFF C. HOLTAN,                )
                               )
            Plaintiff,          )        4:04CV3219
                               )
      v.                        )
                               )
REGIONAL WEST MEDICAL CENTER,  )          ORDER
                               )
            Defendant.          )
                               )

This case was previously set for trial at North Platte, Nebraska. Filing 14.

IT THEREFORE HEREBY IS ORDERED,

The Order Setting Schedule for Progression of Case, filing 53, is amended as follows:

1. Jury trial will be held February 6, 2006 at 9:00 a.m., for a duration of five days before the Honorable Richard G. Kopf in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**. Trial is subject to the prior disposition or continuance of Moore v. Slovek, 8:04CV323. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held January 3, 2006 at 10:00 a.m. in the chambers of the undersigned magistrate judge in **Lincoln**, Nebraska.

3. The deposition deadline is continued to December 20, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated May 9, 2005.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge