```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEFF C. HOLTAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONAL WEST MEDICAL CENTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's unopposed motion to continue the November 21, 2005 deadline for disclosing the report of its expert witness, Grant Creager, and for commensurate extensions of the discovery deadline and pretrial conference herein, filing 63, is granted.

IT THEREFORE HEREBY IS ORDERED:

1. The deadline for disclosing the report of defendant's expert, Grant Creager, is continued to December 6, 2005.

2. The deposition deadline is continued to January 5, 2006 and all other deadlines which use the deposition deadline as a point of reference (see filing 53 Order Setting Schedule for Progression of Case) are extended accordingly.

3. The pretrial conference will be held January 17, 2006 at 11:00 a.m. in the chambers of the undersigned magistrate judge in Lincoln, Nebraska.

4. All other provisions of the court's filing 58 order setting this case for trial shall remain in effect.

DATED this 16th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge