IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF C. HOLTAN, | 4:04CV3219 |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| REGIONAL WEST MEDICAL CENTER, | |
| Defendant. | |

The court has been advised by the parties in the above-captioned matter that they have reached a settlement of their claims. Two motions in limine are pending. I find that these motions should be dismissed as moot since the parties have reached settlement.

IT IS ORDERED that the pending motions in limine (filings 91 and 92) are denied as moot.

January 24, 2006.

BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge