IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFF C. HOLTAN, | ) | 4:04CV3219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| REGIONAL WEST MEDICAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear his or its own costs, expenses and attorneys' fees, complete record waived.

March 29, 2006.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge